# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Craig Thomas Bates

Plaintiff

v.

Hoyt A Brill

Defendants

Case No. Civil 00-255 DWF/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Raymond L. Erickson's Report and Recommendation is adopted. Petitioner's motion for appointment of counsel is denied as moot. Petitioner's motion to amend is denied as moot. Petitioner's second motion to amend is denied. Petitioner's motion to strike the Wisconsin Attorney General's notice of appearance is denied as moot. That the Petition for a writ of habeas corpus is summarily dismissed as frivolous.

DATE: October 2, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk